UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Krystal RAMIREZ,<br><br>　　　　Defendant. | Magistrate Case No. '21 MJ3235<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about August 11, 2021, within the Southern District of California, Defendant, Krystal RAMIREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, L.R.H.V., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　Ramon A. Galindo, CBP Enforcement Officer
　　　　　　　　　　　　　　　　　U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on August 12th, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. WILLIAM V. GALLO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that L.R.H.V., is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 11, 2021, at approximately 2:02 A.M., Krystal RAMIREZ (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a 2005 Chrysler Town and Country. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented herself for inspection and stated she was going to Jurupa Valley, California. The CBP Officer obtained two negative CBP declarations from Defendant. As the CBP Officer was asking the Defendant questions, he heard knocking sounds coming from within the vehicle. The CBP Officer searched the vehicle and could not find anything. Knocks were heard again and the CBP Officer asked the Defendant if someone was hiding in the vehicle and she replied, no. The CBP Officer searched the undercarriage of Defendant's vehicle and saw a spare tire location but was unable to find an access point. The CBP Officer referred the vehicle and Defendant to secondary inspection for further disposition.

In secondary inspection, CBP Officers approached Defendant and her vehicle and heard knocking and the sound of a person in distress. CBP Officers removed bolts that were holding down the rear seats, proceeded to remove the rear seats. CBP Officers observed a metal lid under the carpeting. CBP Officers lifted the lid and assisted and removed a child from the compartment. The minor was later identified as L.R.H.V. (Material Witness) and determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

During a video-recorded interview, Material Witness stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated her family made all the smuggling arrangements. Material Witness stated her family was going to pay a total of $10,000 US dollars. Material Witness stated she was going North.